# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0233
Lower Tribunal No. 21-17467-CA-01
_____

**TypTap Insurance Company,**
Petitioner,

vs.

**Jennifer Asman, et al.,**
Respondents.


On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Bush | Ross, P.A., and Bryan D. Hull and Lauren B. Yevich (Tampa), for petitioner.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, for respondents.


Before SCALES, C.J., and LOGUE and GOODEN, JJ.

PER CURIAM.

Denied. See Ingersoll v. Hoffman, 589 So. 2d 223, 224 (Fla. 1991).